HILL v. MATTHEWS

No. 182P86.

Case below: 79 N.C. App. 369.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 7 April 1986. Petition by plaintiff for temporary stay denied 25 March 1986.

HINSON v. HINSON

No. 84P86.

Case below: 78 N.C. App. 613.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 7 April 1986.

HOMELAND, INC. v. BACKER

No. 45P86.

Case below: 78 N.C. App. 477.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 7 April 1986.

IN RE ESTATE OF OUTEN

No. 784P85.

Case below: 77 N.C. App. 818.

Petition by respondents for discretionary review under G.S. 7A-31 denied 7 April 1986.

IN RE FLOWERS, DAVIS AND GRANT

No. 52P86.

Case below: 78 N.C. App. 442.

Petition by juvenile respondents for discretionary review under G.S. 7A-31 denied 7 April 1986.